Opinion adopted by the Supreme Court.

## REED v. STATE.
### No. 20556.

Court of Criminal Appeals of Texas.

June 14, 1939.

E. T. Adams, of Glen Rose, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Conviction is for possession of liquor in dry area for purpose of sale. Punishment is assessed at a fine of $100.

The record is before us without a statement of facts or bills of exceptions. The information is sufficient to charge the offense and procedural matters appear to be in due order.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## ROE v. STATE.
### No. 20472.

Court of Criminal Appeals of Texas.

June 14, 1939.

Ted Sisco, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is driving an automobile upon the public highway while intoxicated; punishment assessed at a fine of $50 and confinement in the county jail for five days.

The record is before us without statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judge of the Court of Criminal Appeals and approved by the Court.